12-15-00200-CV

In Forma Pauperis
Inability To Pay Costs

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 10 2015
elKm
TYLER TEXAS
CATHY S. LUSK, CLERK

I William Robert Parker state by Declaration; That I do not have the Funds to pay for the fileing of this Action and request that the Court Waive the fileing fee at this time and that I William Robert Parker be allowed to Preceed with this Appeal on This the 7 day of August 2015 by my Signature of William Robert Parker

Signature
William Robert Parker

Page 2
Original